IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| GRAND STRAND WATER & SEWER AUTHORITY, on behalf of itself and all others similarly situated,<br><br>           Plaintiff,<br><br>   v.<br><br>OLTRIN SOLUTIONS, LLC; JCI JONES CHEMICALS, INC.; OLIN CORPORATION; and TRINITY MANUFACTURING, INC.,<br><br>           Defendants. | CASE NO. 4:14-CV-2800-RMG |

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE A SINGLE 50 PAGE CONSOLIDATED OPPOSITION BRIEF TO DEFENDANTS' MOTIONS TO DISMISS COMPLAINT**

**THIS MATTER** having come before the Court upon the motion of Plaintiff for an order to file a single 50 page opposition brief to the three motions to dismiss the Complaint filed on September 12, 2014, by Defendants JCI Jones Chemicals, Inc. (ECF No. 50), Olin Corporation (ECF No 54), Oltrin Solutions, LLC and Trinity Manufacturing, Inc. (ECF No 55), the Court having considered the submission of the parties; and for good cause shown,

**IT IS ON THIS** _3rd_ day of _October_ 2014

**ORDERED** that:

Plaintiff shall file a single brief, not to exceed fifty pages, in response to Defendants' motions to dismiss on October 17, 2014.

_____
Richard M. Gergel
United States District Judge