UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| GRAND STRAND WATER & SEWER AUTHORITY, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OLTRIN SOLUTIONS, LLC, JCI JONES CHEMICALS, INC., and TRINITY MANUFACTURING, INC.,<br><br>Defendants. | Case No. 4:14-CV-2800-RMG |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND AUTHORIZATION TO DISSEMINATE NOTICE**

**PLEASE TAKE NOTICE** that Plaintiff Grand Strand Water & Sewer Authority, on behalf of itself and the Settlement Class Members defined in the Settlement Agreement (collectively, "Plaintiffs"), and Defendants Oltrin Solutions, LLC ("Oltrin"), JCI Jones Chemicals, Inc. ("JCI"), and Trinity Manufacturing, Inc. ("Trinity") have reached a preliminary Settlement, and Plaintiffs hereby move unopposed under Federal Rule of Civil Procedure 23(e) for an Order: (1) preliminarily approving the settlement embodied in the class action Settlement Agreement; (2) certifying the settlement class; and (3) authorizing the dissemination of Notice. In support of this Motion, Plaintiffs rely on the reasons and authorities set forth in their accompanying Memorandum of Law filed contemporaneously herewith and the exhibits thereto. As set forth more fully in the foregoing Memorandum of Law: (1) the proposed Settlement falls within the range of possible approval as fair, reasonable, and adequate; (2) the proposed

2

Settlement Class meets the requirements of Fed. R. Civ. P. 23(a) and 23(b)(3); and (3) and Plaintiffs' proposed Class Notice Plan is reasonable.

2

November 23, 2015                              Respectfully submitted,


   /s/ Henrietta U. Golding
Henrietta U. Golding, Fed ID# 2125
**McNair Law Firm, P.A.**
2411 N. Oak Street, Suite 206 (29577)
Post Office Box 336
Myrtle Beach, SC 29578-0336
Tel: (843) 444-1107
hgolding@mcnair.net

Solomon B. Cera
Pamela A. Markert
**Cera LLP**
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
Tel: (415) 977-2230
scera@cerallp.com
pmarkert@cerallp.com

Brent W. Johnson
Emmy L. Levens
Hiba Hafiz
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone:  (202) 408-4600
bjohnson@cohenmilstein.com
elevens@cohenmilstein.com
hhafiz@cohenmilstein.com

Daniel E. Gustafson
Daniel C. Hedlund
**Gustafson Gluek, PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com

*Attorneys for Plaintiff Grand Strand Water
Authority and the Proposed Settlement Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2015, I electronically filed **PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND AUTHORIZATION OF DISSEMINATION OF NOTICE** with the Clerk of the Court using the ECF, who in turn sent notice to Counsel of Record.

Dated:   November 23, 2015            /s/ Henrietta U. Golding
                                      Henrietta U. Golding