UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| GRAND STRAND WATER & SEWER AUTHORITY, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>OLTRIN SOLUTIONS, LLC, JCI JONES CHEMICALS, INC., and TRINITY MANUFACTURING, INC.,<br><br>    Defendants. | Case No. 4:14-CV-2800-RMG |

**PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS'
FEES, REIMBURSEMENT OF EXPENSES AND CLAIMS
ADMINISTRATION COSTS AND EXPENSES, AND FOR
<u>A SERVICE AWARD TO THE CLASS REPRESENTATIVE</u>**

Plaintiff, through Class Counsel, hereby moves for an award of attorneys' fees, for reimbursement of the costs and litigation expenses incurred by Plaintiff's Counsel and claims administration costs and expenses, and for payment of a service award to the class representative.

The grounds of this motion are fully set forth in the accompanying Memorandum of Law, the Declarations of Plaintiffs' Counsel Henrietta U. Golding, Pamela A. Markert, Brent W. Johnson, and Daniel C Hedlund, along with the Declaration of Ross Murray of the Court-appointed Claims Administrator, and the Exhibits attached to the Declarations, which are incorporated by reference herein and made a part hereof.

January 29, 2016                              Respectfully submitted,

   s/Henrietta U. Golding
Henrietta U. Golding, Fed ID# 2125
**McNair Law Firm, P.A.**
2411 N. Oak Street, Suite 206 (29577)
Post Office Box 336
Myrtle Beach, SC 29578-0336
Tel: (843) 444-1107
hgolding@mcnair.net

Solomon B. Cera
Pamela A. Markert
**Cera LLP**
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
Tel: (415) 977-2230
scera@cerallp.com
pmarkert@cerallp.com

Brent W. Johnson
Emmy L. Levens
Hiba Hafiz
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
bjohnson@cohenmilstein.com
elevens@cohenmilstein.com
hhafiz@cohenmilstein.com

Daniel E. Gustafson
Daniel C. Hedlund
**Gustafson Gluek, PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com

*Attorneys for Plaintiff Grand Strand Water Authority and the Proposed Settlement Class*

2